# United States District Court
for the
Middle District of Tennessee

| | |
|---|---|
| WILLIAMSON MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES E. JOHNSON, in his Capacity as )<br>Acting Secretary of the United States )<br>Department of Health and Human Services, )<br>)<br>Defendant. ) | 3 09 0233<br><br>Civil Action No. _____ |

To: Charles E. Johnson, Acting Secretary of the United States,
Department of Health and Human Services
c/o Edward M. Yarbrough
United States Attorney
100 Ninth Avenue South, Suite A961
Nashville, TN 37203

A lawsuit has been filed against you.

Within sixty (60) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Plaintiff's attorney, whose name and address is:

John M. Scannapieco
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Telephone: (615) 252-2352

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

KEITH THROCKMORTON

Names of Clerk of Court

Date: MAR - 6 2009 , 2009.

Deputy Clerk's signature

# United States District Court
for the
Middle District of Tennessee

| | |
|---|---|
| WILLIAMSON MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES E. JOHNSON, in his Capacity as )<br>Acting Secretary of the United States )<br>Department of Health and Human Services, )<br>)<br>Defendant. ) | 3 09 0233<br><br>Civil Action No. _____ |

To: Charles E. Johnson, Acting Secretary of the United States,
Department of Health and Human Services
c/o Edward M. Yarbrough
United States Attorney
100 Ninth Avenue South, Suite A961
Nashville, TN 37203

A lawsuit has been filed against you.

Within sixty (60) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Plaintiff's attorney, whose name and address is:

John M. Scannapieco
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Telephone: (615) 252-2352

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

KEITH THROCKMORTON

Names of Clerk of Court

MAR - 6 2009
Date: _____, 2009.

Deputy Clerk's signature

# United States District Court
for the
Middle District of Tennessee

| | |
|---|---|
| WILLIAMSON MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 3 09 0233 |
| CHARLES E. JOHNSON, in his Capacity as | ) |
| Acting Secretary of the United States | ) |
| Department of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

To: Charles E. Johnson, Acting Secretary of the United States,
    Department of Health and Human Services
    c/o Edward M. Yarbrough
    United States Attorney
    100 Ninth Avenue South, Suite A961
    Nashville, TN 37203

A lawsuit has been filed against you.

    Within sixty (60) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Plaintiff's attorney, whose name and address is:

    John M. Scannapieco
    Bradley Arant Boult Cummings, LLP
    1600 Division Street, Suite 700
    P.O. Box 340025
    Nashville, Tennessee 37203
    Telephone: (615) 252-2352

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

KEITH THROCKMORTON

Names of Clerk of Court

Date: MAR - 6 2009 , 2009.

Deputy Clerk's signature