UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WILLIAMSON MEDICAL CENTER** | ) |
| | ) |
| v. | ) NO. 3:09-0233 |
| | ) JUDGE ECHOLS |
| **KATHLEEN SEBELIUS, in her** | ) |
| **capacity as Secretary of the** | ) |
| **United States Department of** | ) |
| **Health and Human Services** | ) |

## ORDER

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE