IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAMSON MEDICAL CENTER, | ) | |
| | ) | NO. 3:09-0233 |
| Plaintiff, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN SEBELIUS, in her official | ) | |
| capacity as Secretary of the United States | ) | |
| Department of Health and Human | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The initial case management conference is reset in this action for **Friday, June 18, 2010** at **2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2010

WILLIAM J. HAYNES, JR.
United States District Judge