IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAMSON MEDICAL CENTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-00233 |
| | ) JUDGE HAYNES |
| KATHLEEN SEBELIUS, in her capacity As Secretary of the United States Department of Health and Human Services, | ) |
| Defendant. | ) |

## ORDER

In accordance with the parties' stipulation of dismissal, this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 26th day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge